UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF:

Kevin P. Chisholm, NH Bar #11254
Date Admitted to USDC Bar: 10/30/1995

DISCIPLINARY PROCEEDINGS
1:24-adr-08-LM

SHOW CAUSE ORDER
DISCIPLINE IMPOSED BY OTHER COURTS

On September 19, 2024, this court received a copy of an order from the New Hampshire Supreme Court summarily suspending Kevin P. Chisholm from the practice of law in the State of New Hampshire.

Pursuant to the provisions of Local Rule 83.5, DR-3, the respondent-attorney is herewith ordered to show cause, if any, why this court should not impose reciprocal discipline. The response should specifically address the elements listed in DR-3(d) and must be filed within thirty (30) days of the service of this order.

The Clerk is herewith directed to serve upon the respondent-attorney, by certified mail, return receipt requested, a copy of this show cause order and of the order received from the New Hampshire Supreme Court.

SO ORDERED.

Dated: September 26, 2024

_____
Chief Judge Landya B. McCafferty

cc:   Kevin P. Chisholm
      1465 Hooksett Rd
      Unit 389
      Hooksett, NH 03106

      Kevin P. Chisholm
      Chisholm Law Office
      PO Box 16285
      Hooksett, NH 03106